UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK MURRAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-11561** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION: "E"(5)** |

**O R D E R**

The Court, having considered the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or comply with the Court's Order of January 3, 2019.

**New Orleans, Louisiana, this 14th day of March, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**